SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 NOV 15 PM 4: 21
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:21CR284 |
| MAYRA RENDON, SAMANTHA CAWYER COLLEEN WIAND, EMIDIO BECERRA A/K/A "SPORTY," OSCAR ULISES QUIROZ AYON, DARBELIO LORENZO-GENCHI, IRIS GALLARDO-SALADO, GIOVANA CISNEROS, AND LORENZO GONZALEZ-PEREZ A/K/A "SOLO," | INDICTMENT 21 U.S.C. § 846 21 U.S.C. § 841(a)(1) & (b)(1) 21 U.S.C. § 853(p) |
| Defendants. | |

The Grand Jury charges that

## COUNT I

Beginning on or about August 2021, and continuing to on or about November 4, 2021, in the District of Nebraska and elsewhere, Defendants:

**MAYRA RENDON
SAMANTHA CAWYER
COLLEEN WIAND
EMIDIO BECERRA A/K/A "SPORTY"
OSCAR ULISES QUIROZ AYON
DARBELIO LORENZO-GENCHI
IRIS GALLARDO-SALADO
GIOVANA CISNEROS
LORENZO GONZALEZ-PEREZ A/K/A "SOLO"**

did knowingly and intentionally combine, conspire, confederate, and agree together and with other person(s) to distribute and possess with intent to distribute 100 grams or more of a substance or mixture containing a detectable amount of fentanyl analogue and 50 grams or more of

1

methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about October 24, 2021, in the District of Nebraska, Defendants:

**DARBELIO LORENZO-GENCHI**
**IRIS GALLARDO-SALADO**

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about November 4, 2021, in the District of Nebraska, Defendant

**COLLEEN WIAND**

did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of a fentanyl analogue, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

2

## COUNT IV

On or about November 4, 2021, in the District of Nebraska, Defendant

**OSCAR ULISES QUIROZ AYON**

did knowingly and intentionally distribute 100 grams or more of a mixture or substance containing a detectable amount of fentanyl analogue, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts I through IV of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, conspiracy to distribute and possession with intent to distribute fentanyl analogue and methamphetamine, defendants DARBELIO LORENZO-GENCHI and IRIS GALLARDO-SALADO shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

    a. $26,147 in United States currency seized from DARBELIO LORENZO-GENCHI and IRIS GALLARDO-SALADO.

3

3. If any of the property described above, as a result of any act or omission of Defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

CRYSTAL C. CORREA
Assistant United States Attorney

4