IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MAYRA RENDON,<br><br>           Defendant. | **8:21CR284**<br><br>**ORDER** |

      This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Mayra Rendon. (Filing No. 393). Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 393) is granted.

      James J. Regan, 6035 Binney Street, Omaha, NE 68104, (402) 341-2020, is appointed to represent Mayra Rendon for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide James J. Regan with the discovery materials provided the defendant by the government and such other materials obtained by Michael J. Hansen which are material to Mayra Rendon's defense.

      The clerk shall provide a copy of this order to James J. Regan and the defendant.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2023.

                                                    BY THE COURT:

                                                    s/ Susan M. Bazis
                                                    United States Magistrate Judge